UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

TRANG HENDERSON,                    )
                                    )
                                    )
            Plaintiff(s),           )
                                    )
                vs                  )        Case # 2:11-CV-659-PMP-PAL
                                    )
EXPLORE KNOWLEDGE ACADEMY )
etc., et al.                        )
                                    )        ORDER REFERRING CASE FOR
            Defendant(s).           )        SETTLEMENT CONFERENCE
_____ )

This case is currently stacked on the calendar on **Tuesday, March 12, 2013,**

for a Court Trial.

**IT IS ORDERED** that this case is hereby referred to Magistrate Judge

**Peggy A. Leen** for a settlement conference.

DATED this 16th day of August, 2012.


_____
PHILIP M. PRO, U.S. DISTRICT JUDGE