UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

TRANG HENDERSON,           )
                           )
      Plaintiff(s),       )
                           )
      vs                  )   Case # 2:11-CV-659-PMP-PAL
                           )
EXPLORE KNOWLEDGE ACADEMY  )
etc., et al.               )
                           )   ORDER REFERRING CASE FOR
      Defendant(s).       )   SETTLEMENT CONFERENCE
                           )

      This case is currently stacked on the calendar on **Tuesday, March 12, 2013,** for a Court Trial.

      **IT IS ORDERED** that this case is hereby referred to Magistrate Judge **Peggy A. Leen** for a settlement conference.

      DATED this 16th day of August, 2012.

*[signature]*
PHILIP M. PRO, U.S. DISTRICT JUDGE