1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

* * *

TRANG HENDERSON,                    )
                                    )        2:11-CV-00659-PMP-PAL
                Plaintiff,          )
                                    )
                                    )        **ORDER**
                                    )
vs.                                 )
                                    )
EXPLORE KNOWLEDGE                   )
FOUNDATION, *et al.*,               )
                                    )
                                    )
                Defendants.         )
                                    )

        **IT IS ORDERED that** Defendants' fully briefed Motion to Dismiss (Doc.
#36) is **DENIED**.

DATED: November 5, 2012.

_____
PHILIP M. PRO
United States District Judge